1  NELSON H. ROMERO (Full Name)
2  2163 elmwood ro (Address Line 1)
3  san bernardino (Address Line 2)
4  ca. 92404 (Phone Number)
5  Plaintiff in Pro Per

N/S

FILED
CLERK, U.S. DISTRICT COURT
JAN 26 2023
RAM
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

Related DDJ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

EDCV 23 - 00142

NELSON H. ROMERO,                ) Case No.: _____ MWF-KS
                                 )          (To be supplied by the Clerk)
         Plaintiff,              )
                                 )
    vs.                          ) Civil Rights Complaint Pursuant to
                                 ) 42 U.S.C. § 1983 (non-prisoners)
San bernardino County            )
G. Miles police officer          ) Jury Trial Demanded: ☐ Yes  ☐ No
West Valley Detenti-             )
on Center                        )
                                 )
         Defendant(s).           )

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because The Creators the Masters of the future intented and wrote it down.

Pro Se Clinic Form          Page Number  1

## III. PARTIES

3. Plaintiff **NELSON H. Romero** (your full name) resides at:

**Same as first page** (your address)

(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)

4. Defendant **San bernardino county a corporation** ~~works at~~ (full name of Defendant)

**Paid by our tax payer money** (Defendant's place of work)

Defendant's title or position is **Municipal corporation** (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity    ☑ official capacity

This Defendant was acting under color of law because: **its public servants violated my 1th 5th 8th amendment Righ causing me physical and mental harm by a ~~B~~ G. Miles**

5. Defendant **G. Miles** works at (full name of Defendant)

**San bernardino polic department** (Defendant's place of work)

Defendant's title or position is **lieutenant deputy acting for superior** (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☑ individual capacity    ☑ official capacity

This Defendant was acting under color of law because: **bodili attempted use, Threatened use of dangerous weapon, kidnapping, bodili injury broke my pinky and injured my shoulder now I cant work because of pain and not able to grab things correct with my hand pinkie is Damaged.**

Pro Se Clinic Form                Page Number

___. Defendant **West Valley Detention Center** works at
*Insert ¶ #*       *(full name of Defendant)*

**Municipal corporation paid by tax payer**
*(Defendant's place of work)*

Defendant's title or position is **Municipal corporation.**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity     ☒ official capacity

This Defendant was acting under color of law because **I was not given a bed for almost 2 day the very nice and polite Sherriff walked for hours to find me a bed after almost 2 Day and they keep me 2 or 3 Days in the cell 24 hours without being able to shower or change of clothing for days, barbaric conditions Dirty the cells were not cleaned feces everywere Dirty the sherrif and people do not deserve that**

___. ~~Defendant~~ _____ works at
*Insert ¶ #*       *(full name of Defendant)*

**sherrif should get a raise for their hard work when and win I win this lawsuit I will donate all the money to the sherriff department they deserve it.**

~~Defendant's title or position is~~ _____
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity     ☐ official capacity

This Defendant was acting under color of law because **I** _____

_____

_____

_____

Pro Se Clinic Form                    **3**
                                    Page Number

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

___. On March 4, 2020 G. Miles broke my pinky and damage my shoulders causing me bodily harm He Hurt me violated My First amendment right and violated My 5th amendment right and arrested me because I wanted to know what crime I commited and he keep asking something

He must be retarded because he just needed to tell me because I have that right but he Retaliated and escalated the cituation just like all the other criminal cops we see on the media and bad reputation so he said he was arresting me because I did not tell him my name after they found an ID claiming it was me Idk

cops are liers (Miranda V. Arizona, law enforcement is generally required to issue Miranda warning to inform criminal suspect that they They have the right to remain silent and right to an attorney. Without those Now Famous Miranda warnings, any evidenc gained durring interrogation cannot be used against the defendant in a criminal case.

4

___. excessive bail $125.& for a Maryjuana case with No injured party.

___ West valley Did Not have a bed for me for almost 2 Day the conditions are barbaric they keep me in 24 hours for 1 or 2 Day lost sence of time why are this broke city judges keep puting people in jail with No bed No staff to clean I dont deserve this treatment I would Never do sothing so inhumane to you guys why do it to me playing with

___. My life san bernardino we know this will be a mistrial at tax payer expence this scum corrupt officials deserve to be in prison for this communist tactics.

## V. CLAIMS

### Claim #1

1. Plaintiff realleges and incorporates by reference all of the paragraphs above.

2. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right: violated my first amendment second, 5th and 8th amendment.

___. The above civil right was violated by the following Defendants: San bernardino County, G. Miles and West Valley Detention Center.

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

___. each defendant thinks they are our masters and are Drunk in power County of san bernardino is corrupt bankrupt and broke were is the money this thief use human traffiking for financial gain of tax paye money. Just like G. Miles west valley Detention center this evil deed been going on for years just evil.

___. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: G. Miles cameih with war tactics with assault riffle scared like a woman and broke my pinky and caused bodyly injury.

Pro Se Clinic Form                     6
                               Page Number

## Claim #(___)
*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. San bernardino keep violating civil right at tax payer expence.
*Insert ¶ #*

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

West valley detention center just can't keep up with money because they steal it for their own financial gain.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___.
*Insert ¶ #*

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

broke my pinky Hurt my shoulder who? G. Miles on 4. March 2020. at 2.PM. NE wind 25 MPH 35. minutes 6 seconds air blowing east. 7

Pro Se Clinic Form          Page Number

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

I want one million so I can donate it to the Sherriff department for having the courage to work in a underpaid and dirty enviroment, this case should be a mistrial and San bernardino Judges will be recalle and I will help the sherriff do that because we Need them.

Dated: 1-26-22
Sign: NElson H. RoMERo
Print Name: NElSoN H. RoMERo

NElson H Romero

Pro Se Clinic Form                   Page Number

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 1-26-22
Sign: NELSON Romero
Print Name: NELSON Romero

9

To riverside Judges

I wanted to apologies for being an idiot and sending a letter to you guys about recusing I'm DUMB and should not said that because you guys are the authority here and the bosses my respects to you all I appreaciate the lessons you all have thaught me because of you guys I became a man thank you and I appreciate you guys hard work and the compe tion and public to protect thank you and happy New year.

Sincerely yours

[signature]

Tetragrammaton